IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORNSTEIN-SCHULER INVESTMENTS LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>    Defendant. )<br>_____) | Case No. 1:23-cv-3761-APM |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 6, 2024 (Dkt. No. 8), the parties conferred on February 20, 2024 in this Freedom of Information Act (FOIA) case, and submit the following status report:

The Internal Revenue Service (the "Service") continues to search for responsive records. To date, the Service has collected many of the potentially responsive records identified in the narrowed FOIA request. However, the Service has made additional inquiries to potential custodians since this litigation began, and it is still working with those custodians to identify potentially responsive records.

The search for responsive records in this case has been particularly challenging for two reasons. First, items one through three of the FOIA request do not provide any information about where the requested records might be located. The Service has not yet identified a successful method to filter almost 13 years of Tax Court and U.S. District Court cases to find the specific records requested, though it has attempted to identify a filter method.

Second, the Service has begun the process of conducting electronic searches for two of the named custodians of records, which is significantly more time-consuming than having a

custodian do a self-search. Specifically, the Service must: (1) load the entire Outlook inbox and other files/data sources of the IRS employee onto a Relativity database; (2) use keyword searches and other criteria to find records that are potentially responsive to the FOIA request; (3) review the potentially responsive records for responsiveness (usually there are a significant number of nonresponsive records that are also caught up in this process that must be reviewed and excluded); (4) work with the Service's Information Technology department to resolve any encryption issues, since some files will be encrypted and the passwords are not always available; and finally, (5) review the responsive records to determine whether any FOIA exemptions under 5 U.S.C. § 552(b) are applicable, and apply those redactions as appropriate.

The potentially responsive records collected so far total approximately 55 documents, consisting of approximately 317 pages. However, the number of potentially responsive records is likely to increase, especially after the two electronic searches are completed. Until the electronic searches are completed and the Service learns more about potential ways to search for items 1-3, the Service cannot provide an accurate estimate regarding the entire universe of potentially responsive records.

The Service believes it can release most if not all of the non-exempt responsive records identified so far within 30 days of this status report. However, the Service cannot provide anticipated dates for the release of any additional responsive, non-exempt records until further searches are completed. Even if the IT searches are categorized as "highest priority" and cut to the front of the IT queue, the IT searches will still take three months to be completed (not including the time required to review responsive records for exemptions).

At this time, the Service does not believe a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). The Service

believes that this case can be resolved on summary judgment. However, in lieu of proposing a briefing schedule at this time, the Service would respectfully request that it provide status reports to Plaintiff on a monthly basis and that it provide status reports to the Court every 90 days.

Dated: February 20, 2024

/s/ Rod J. Rosenstein
Rod J. Rosenstein (D.C. Bar No. 432439)
Edmund Power (D.C. Bar No. 1013078)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
*Counsel for Plaintiff Ornstein-Schuler Investments LLC*

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Kieran O. Carter
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 598-7821
Kieran.O.Carter@usdoj.gov
*Attorney for the Internal Revenue Service*