IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORNSTEIN-SCHULER INVESTMENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:23-cv-3761-APM |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated October 23, 2024, the parties submit the following status report:

Plaintiff narrowed the scope of items one through three of the FOIA request, and the Service has completed gathering those records.

The Service identified 9,552 documents, consisting of 149,873 pages, that are potentially responsive to item six of the FOIA request. The Service is in the process of reviewing these records and producing the responsive, non-exempt records on a rolling basis. The Service has completed its search, processing, and production of records responsive to item seven.

The Service has made five transmittals of responsive, non-exempt records to Plaintiff, in March, May, and July, September, and November of 2024. The Service will make its next production of non-exempt, responsive records to Plaintiff in January 2025.

The parties would respectfully request that: (1) the Service provide informal status reports to Plaintiff's counsel every 30 days; and (2) the parties provide a status report to the Court in 60 days.

Dated: December 20, 2024

*/s/ Rod J. Rosenstein*
Rod J. Rosenstein (D.C. Bar No. 432439)
Edmund Power (D.C. Bar No. 1013078)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
*Counsel for Plaintiff Ornstein-Schuler Investments LLC*

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 598-7821
Kieran.O.Carter@usdoj.gov
*Attorney for the Internal Revenue Service*