# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORNSTEIN-SCHULER INVESTMENTS LLC, ) | |
| ) | Case No. 1:23-cv-3761-APM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 23, 2025 Minute Order, the parties submit the following status report:

1. The Service has completed its search for records responsive to Plaintiff's FOIA request and made its final production of all responsive, non-exempt records on June 27, 2025.

2. The parties remain in discussions about the records withheld pursuant to FOIA exemptions to disclosure.

3. Once the parties have finished conferring about the production and withheld records, the parties will inform the Court as to whether briefing is necessary.

**WHEREFORE**, the parties request to provide a further status report to the Court within 60 days.

*[signature page follows]*

1

Dated: December 29, 2025					Respectfully submitted,


							*/s/ Rod J. Rosenstein*
							Rod J. Rosenstein (D.C. Bar No. 432439)
							Baker & McKenzie LLP
							815 Connecticut Ave., N.W.
							Washington, DC 20006
							Telephone: (202) 835-1868

							*/s/ Edmund Power*
							Edmund Power (D.C. Bar No. 1013078)
							KING & SPALDING LLP
							1700 Pennsylvania Ave., NW
							Suite 900
							Washington, DC 20006
							Telephone: (202) 737-0500

							*Counsel for Plaintiff Ornstein-Schuler Investments LLC*


							BRETT A. SHUMATE
							Assistant Attorney General

							JOSHUA WU
							Deputy Assistant Attorney General,
							Tax Litigation Branch

							*/s/ Robert J. Atras*
							Robert J. Atras
							Trial Attorney, Civil Division
							U.S. Department of Justice
							P.O. Box 227
							Washington, D.C. 20044
							Telephone: (202) 598-7821
							Robert.J.Atras@usdoj.gov

							*Counsel for the Internal Revenue Service*